IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:19-CR-00011-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| MATTHEW M. MOEBIUS, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Government's consent Motion for Final Determination of Restitution. (Doc. No. 34).

At sentencing of this matter on January 7, 2020, the Court left open the final determination of restitution as authorized under 18 U.S.C. § 3664(d)(5). Since that time, the parties have agreed on a restitution amount of $66,912.65. (Doc. No. 34). The Court finds that this amount is supported by a preponderance of the evidence for purposes of restitution under the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

**IT IS THEREFORE ORDERED** that, based on the Motion for Final Determination of Restitution, the Judgment in this case shall be amended to include a final restitution figure of $66,912.65 to be paid to Engage2Excel Inc., with any amounts paid prior to the entry of the Amended Judgment credited to the Defendant's account with the Clerk of Court. All other terms of the original Judgment remain unchanged.

**SO ORDERED.**

Signed: May 27, 2020

Kenneth D. Bell
United States District Judge